RECEIVED OCT 13 2020

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
### SENTENCE BY A PERSON IN FEDERAL CUSTODY    20-cv-1046-LTS-MAR

| **United States District Court** | District | FOR THE NORTHERN DISTRICT OF IOWA |
|---|---|---|

| Name *(under which you were convicted)*: SCOTT MICHAEL HARRY | Docket or Case No.: 2:17-cr-01017 |
|---|---|

| Place of Confinement: U.S.P. Leavenworth | Prisoner No.: 171773-029 |
|---|---|

| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* |
|---|---|
| V. | SCOTT MICHAEL HARRY |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

    United Stateds District Court for the Eastern District of Iowa, Eastern Dubuque Division

    (b) Criminal docket or case number (if you know): 2:17-cr-01017

2. (a) Date of the judgment of conviction (if you know): 6/1/2017

    (b) Date of sentencing: 5/31/2017

3. Length of sentence: 280 Months

4. Nature of crime (all counts):

    Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. Sections 841(a)(1), (b)(1)(A) and 851.

5. (a) What was your plea? (Check one)
    (1) Not guilty ✓    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

    N/A

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ✓    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ✓    No ☐

8. Did you appeal from the judgment of conviction? Yes ✓   No ☐

9. If you did appeal, answer the following:

(a) Name of court:  United States Court of Appeals for the Eighth Circuit

(b) Docket or case number (if you know):  18-2221

(c) Result:  Affirmed

(d) Date of result (if you know):  7/22/2017

(e) Citation to the case (if you know):  Unknown

(f) Grounds raised:

I. Dog sniff improperly extended the stop and violated the Defendant's Fourth Amendment Rights and the Officer lacked [probable cause or reasonable suspicion to believe that Defendant Harry was transporting Methamphetamine.
II. Admission of the testimony of Edgar Hernandez, Kyle Chyma and Ashley Laufenberg regarding prior alleged drug transactions violated Rule 404(b).
III. Defendant should have been allowed to introduce Dennis Thul's prior convictions for Conspiracy to Manufacture Methamphetamine (2000 and 2003).

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐   No ✓

If "Yes," answer the following:

(1) Docket or case number (if you know): 

(2) Result: 

(3) Date of result (if you know): 

(4) Citation to the case (if you know): 

(5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
Yes ☐   No ✓

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: 

(2) Docket or case number (if you know): 

(3) Date of filing (if you know):

(4) Nature of the proceeding: _____

(5) Grounds raised:




(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐     No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket of case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:




(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐     No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:     Yes ☐     No ☐

(2) Second petition:     Yes ☐     No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Violation of Petitioner's Sixth Amendment Right to Effective Assistance of Trial Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(a) Trial counsel failed to effectively investigate the calibration of the radar gun used to premise the "traffic stop."

(b) Counsel failed to request the identity and/or non-identifying information of the CI.

(c) Counsel failed to investigate the credibility of Officer Kearney

(d) Counsel failed to let Petitioner review the discovery material

See Attached Supporting Memorandum

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Effective assistance of counsel should not be raised on direct appeal and brought in a motion under 28 U.S.C. Section 2255.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐     No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Petitioner was denied his Sixth Amendment Right to Effective Assistance of Appellate Counsel .

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to seek appellate review for withholding the identity of the Confidential Informant (CI) and/or Non-identifying information

See Attached Memorandum

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☑

(2)  If you did not raise this issue in your direct appeal, explain why:

Effective assistance of counsel should not be raised on direct appeal and brought in a motion under 28 U.S.C. Section 2255.

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐       No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐       No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐       No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐       No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐     No ☐

    (2)  If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐     No ☐

    (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐     No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐     No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐     No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

**GROUND FOUR:** N/A _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

(b)  **Direct Appeal of Ground Four:**

   (1)  If you appealed from the judgment of conviction, did you raise this issue?

     Yes ☐    No ☐

   (2)  If you did not raise this issue in your direct appeal, explain why:

_____

(c)  **Post-Conviction Proceedings:**

   (1)  Did you raise this issue in any post-conviction motion, petition, or application?

     Yes ☐    No ☐

   (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Counsel failed to let Petitioner review the discovery material.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?　　Yes ☐　　No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

_____

(b) At the arraignment and plea:

_____

(c) At the trial:

_____

(d) At sentencing:

_____

(e) On appeal:

_____

(f) In any post-conviction proceeding:

_____

(g) On appeal from any ruling against you in a post-conviction proceeding:

_____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?　　Yes ☐　　No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?　　Yes ☐　　No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?　　Yes ☐　　No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.\*

This motion is timely pursuant to Clay v. United States, 403 U.S. 698 (1971)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

Vacate and set aside conviction and sentence
_____

or any other relief to which movant may be entitled.


_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____October 6, 2020_____.
(month, date, year)


Executed (signed) on _____October 6, 2026_____ (date)


_____
Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Scott Michael Harry
Reg. No. 17173-029
USP Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

CERTIFIED MAIL®



7018 3090 0001 7026 8264

 

U.S. POSTAGE PAID
FCM LG ENV
BUNNELL, FL
32110
OCT 06, 20
AMOUNT
$8.40
R2305H130557-11

UNITED STATES
POSTAL SERVICE®

1023            52401

10-6-cn

Clerk's Office
US District Court
111 Seventh Avenue SE
Cedar Rapids, IA 52401-2101