RECEIVED SEP 19 2022

# United States Court of Appeals
**For The Eighth Circuit**
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 7, 2022

Mr. Paul De Young, Clerk
U.S. District Court
111 Seventh Ave. SE
Cedar Rapids, IA 52401

Case: Scott Michael Harry v. USA

District Court Case No.: 2:20-cv-01046-LTS

Dear Mr. De Young,

Please find what we have construed as a new notice of appeal and application for certificate of appealability in the above-mentioned case that was forwarded to this court by Mr. Scott Michael Harry. Please use the received date noted from our court of September 7, 2022, when docketing this pleading.

Mr. Harry is advised that sending notices of appeal and other documents that should be filed in the District Court to our court only results in delay as they must then be forwarded to the appropriate court for filing.

Should you require further assistance in this matter, please do not hesitate to contact our office.

Sincerely,

Michael E. Gans
Clerk of Court

cmh

Mr. Scott Michael Harry
#17173-029
Federal Correctional Institution
P.O. Box 725
Edgefield, SC 29824

ED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
OFFICE OF THE CLERK
ST. LOUIS, MO 63102

OFFICIAL BUSINESS



US POSTAGE
ZIP 63102 $001.20
02 4W
0000379099 SEP 08 2022

9.8.22
EVB



XRAYED US MARSHALS SERVICE